**Order entered April 13, 2016**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-16-00179-CV

**ERICA CORNELIUS, Appellant**

**V.**

**SHAWN PHIPPS, Appellee**

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-00117-2016**

## ORDER

Court reporter Denise Carrillo has filed a request to extend the time to file the record asserting, in part, that appellant has not requested preparation of the reporter's record. We **GRANT** the request to the extent we **ORDER** appellant to file, within ten days of the date of this order, written verification that she has requested preparation of the reporter's record. Appellant is cautioned that failure to comply may result in the appeal being submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c)(1).

/s/     CRAIG STODDART
          JUSTICE